Niv V. Davidovich, Esq. (State Bar No. 247328)
**DAVIDOVICH KAUFMAN LEGAL GROUP, APA**
6442 Coldwater Canyon Avenue, Suite 211
North Hollywood, California 91606
Tel: (818) 661-2420
Fax: (818) 305-5131
niv@davkauf.com

Attorneys for Plaintiff Vitaliy Sasin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALIY SASIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>ENTERPRISE FINANCIAL GROUP, INC., doing business as EFG COMPANIES, INC., a Texas corporation; ROYAL ADMINISTRATION SERVICES, INC., a Florida corporation; BARANTAS INCORPORATED, doing business as OMEGA AUTO CARE, a Missouri corporation; EGS ADMINISTRATION, LLC, doing business as OMEGA AUTO CARE, a Missouri Corporation; ASSURANT, INC., a Delaware corporation; and DOES 1 through 50, inclusive, and each of them,<br><br>    Defendants. | Case No.: 2:17-cv-04022-CBM (RAOx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF:**<br><br>**BARANTAS INCORPORATED, DOING BUSINESS AS OMEGA AUTO CARE; AND**<br><br>**EGS ADMINISTRATION, LLC, DOING BUSINESS AS OMEGA AUTO CARE** |

---

**NOTICE OF VOLUNTARY DISMISSAL**

- 1 -

1     **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff VITALY SASIN and all other similarly situated voluntarily dismisses the above-captioned action, **without prejudice**, as against the following defendants **ONLY**:

    1. BARANTAS INCORPORATED, doing business as OMEGA AUTO CARE, a Missouri corporation; and

    2. EGS ADMINISTRATION, LLC, doing business as OMEGA AUTO CARE, a Missouri Corporation.

Dated: June 19, 2017          **DAVIDOVICH KAUFMAN LEGAL GROUP, APA**

                                                 By: _____
                                                       Niv Davidovich
                                                       Attorneys for Plaintiff VITALIY SASIN, THE DNC CLASS, THE ATDS CLASS, AND ALL OTHERS SIMILARLY SITUATED