1  DAVID B. FARKAS (SBN 257137)
   david.farkas@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars
3  Suite 400 North Tower
   Los Angeles, California  90067-4704
4  Tel:  310.595.3000
   Fax:  310.595.3300
5

6  Attorneys for Defendant and Third-Party Plaintiff
   ROYAL ADMINISTRATION SERVICES, INC.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| VITALIY SASIN, individually and on behalf of all others similarly situated, | CASE NO. 2:17cv04022-CBM (RAOx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Complaint Filed: May 30, 2017 |
| ENTERPRISE FINANCIAL GROUP, INC., doing business as EFG COMPANIES, INC., a Texas corporation; ROYAL ADMINISTRATION SERVICES, INC., a Florida corporation; BARANTAS INCORPORATED, doing business as OMEGA AUTO CARE, a Missouri corporation; EGS ADMINISTRATION, LLC, doing business as OMEGA AUTO CARE, a Missouri Corporation; ASSURANT, INC., a Delaware corporation; and DOES 1 through 50, inclusive, and each of them, | |
| Defendants. | |
| AND THIRD-PARTY COMPLAINT | |

**NOTICE OF SETTLEMENT**

WEST\287260578.1

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD**:

Pursuant to Local Rule 16-15.7, the Court is hereby notified that a settlement has been reached as to all parties in the above captioned action. The parties have memorialized the settlement and will subsequently provide the Court with appropriate documentation, including a stipulation and [proposed] order regarding dismissal. The parties therefore respectfully request that the Court vacate the currently scheduled status conference on July 30, 2019.

Dated: July 29, 2019            **DLA PIPER LLP (US)**

By: */s/ David B. Farkas*
DAVID B. FARKAS
Attorneys for Defendant and Third-Party Plaintiff
ROYAL ADMINISTRATION SERVICES, INC.

- 1 -
**NOTICE OF SETTLEMENT**