NIV V. DAVIDOVICH, ESQ. (State Bar No. 247328)
CHARLIE Z. STEIN, ESQ. (State Bar No. 265361)
**DAVIDOVICH KAUFMAN LEGAL GROUP, APA**
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone:  (818) 661-2420
Facsimile:   (818) 301-5131
E-Mail(s):   Niv@davkauf.com
              Charlie@davkauf.com

Attorneys for Plaintiff VITALIY SASIN, individually and on behalf of all other similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

### FIRST STREET COURTHOUSE

| | |
|---|---|
| VITALIY SASIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE FINANCIAL GROUP, INC., et. al.,<br><br>Defendants.<br><br>ROYAL ADMINISTRATIVE SERVICES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PRIVATE RESERVE GROUP, INC.; AUTO PROTECTION GROUP, INC.; and PEJMAN GHANEIAN,<br><br>Third-Party Defendants. | Case No. 2:17-cv-04022 CBM (RAOx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   May 30, 2017<br><br>*[Assigned to the Honorable Consuelo B. Marshall – Courtroom 8B]* |

-1-

*Vitaliy Sasin et. et al. v. Enterprise Financial Group et al.*
USDC – Central District California – Western Division – Case Number 2:17-cv-04022-CBM-RAO

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Pursuant to F.R.Civ.P.41 (a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: September 5, 2019        **DAVIDOVICH KAUFMAN LEGAL GROUP, APA**

By:     /s/ *Niv V. Davidovich*
        NIV V. DAVIDOVICH
        CHARLIE Z. STEIN
        Attorneys for Plaintiff
        VITALIY SASIN, individually and on bhealf of others similarly situated

DATED: September 5, 2019        **DLA PIPER LLP (US)**

By:     /s/ *Edward D. Totino*
        EDWARD D. TOTINO
        NICOLE C. ORJIAKOR
        DAVID BRIAN FARKAS
        Attorneys for Defendant and Third-Party Plaintiff ROYAL ADMINISTRATIVE SERVICES, INC.

DATED: September 5, 2019        **DRINKER BIDDLE & REATH, LLP**

By:     /s/ *Brian Perryman*
        BRIAN P. PERRYMAN
        RYAN SALZMAN
        FRANK BURT
        Attorneys for Defendant UNITED SERVICE PROTECTION CORPORATION

-2-

*Vitaliy Sasin et. al. v. Enterprise Financial Group et al.*
USDC – Central District California – Western Division – Case Number 2:17-cv-04022-CBM-RAO

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

DAVIDOVICH KAUFMAN LEGAL GROUP, APC
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

| | | |
|---|---|---|
| DATED: September 5, 2019 | | **GREENSPOON MARDER LLP** |
| | By: | /s/ *Jamey Campellone* |
| | | BETH-ANN E. KRIMSEY |
| | | BLAKE L. OSBORN |
| | | JAMEY CAMPELLONE |
| | | Attorneys for Defendant ENTERPRISE FINANCIAL GROUP doing business as EFG COMPANIES, INC. |
| DATED: September 5, 2019 | | **VENABLE LLP** |
| | By: | /s/ *Daniel S. Silverman* |
| | | DANIEL S. SILVERMAN |
| | | Attorneys for Third-Party Defendants PRIVATE RESERVE GROUP, INC.; AUTO PROTECTION GROUP, INC.; and PEJMAN GHANEIAN |

DAVIDOVICH KAUFMAN LEGAL GROUP, APC
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

-3-

*Vitaliy Sasin et. et al. v. Enterprise Financial Group et al.*
USDC – Central District California – Western Division –
Case Number 2:17-cv-04022-CBM-RAO

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

## SIGNATURE CERTIFICATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from the other signatories shown above and that the signatories have authorized placement of their electronic signatures on this document.

DATED: September 5, 2019     DAVIDOVICH KAUFMAN LEGAL GROUP, APA


By:      /s/ *Niv V. Davidovich*
         NIV V. DAVIDOVICH
         CHARLIE Z. STEIN
         Attorneys for Plaintiff
         VITALIY SASIN, individually and on bhealf of others similarly situated

-4-

*Vitaliy Sasin et. et al. v. Enterprise Financial Group et al.*
USDC – Central District California – Western Division –
Case Number 2:17-cv-04022-CBM-RAO

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

DAVIDOVICH KAUFMAN LEGAL GROUP, APC
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420